

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-21-00495-CV

**IN THE INTEREST OF J.O.L. AND I.C.L. CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-06-27527-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

## O R D E R

Appellant's Unopposed Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended until July 22, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court